

FILED
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

08 SEP -9 PM 1: 15

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff | ) |
| vs. | ) Criminal No. 1:08-cr- 132 - WTL- KPF |
| | ) |
| | ) |
| DELWYN SAVIGAR | ) -01 |
| a.k.a. "Das" | ) |
| | ) |
| | ) |
| ANDRE HENNINGS | ) -02 |
| a.k.a. "Devil" | ) |
| | ) |
| | ) |
| JOHN DOE NUMBER 1 | ) -03 |
| a.k.a. "Aurthur Grey" | ) |
| | ) |
| | ) |
| MICHAEL BARATTA | ) -04 |
| a.k.a. "Dublhelix" | ) |
| | ) |
| ROGER LOUGHRY | ) -05 |
| a.k.a. "Mayorroger" | ) |
| | ) |
| SCOTT VAN DORP | ) -06 |
| a.k.a. "Loman16" | ) |
| | ) |
| WILLIAM WEYRICK | ) -07 |
| a.k.a. "Sammybear" | ) |
| | ) |
| JOHN DOE NUMBER 2 | ) -08 |
| a.k.a. "Corky" | ) |
| | ) |
| JOHN DOE NUMBER 3 | ) -09 |
| a.k.a. "Pacheco" | ) |
| | ) |
| Defendants. | ) |

**INDICTMENT**

The grand jury charges that:

## Definitions of Terms in this Indictment

1. The term "minor" is defined as set forth in Title 18, United States Code, Section 2256(1).

2. The term "sexually explicit conduct" is defined as set forth in Title 18, United States Code, Section 2256 (2).

3. The term "visual depiction" is defined as set forth in Title 18, United States Code, Section 2256(3).

4. The terms "Internet Service Provider" or "ISP" refer to any commercial organization that is in the business of providing individuals and businesses access to the Internet, including web-hosting.

5. The term "IP address" refers to a unique number associated with a computer or device on the Internet.

6. The term "website" refers to a file or a related group of files, generally consisting of textual pages of information and associated graphic images, found on the Internet.

7. The term "bulletin board" refers to a website that is either secured (accessible with a password) or unsecured, and provides members with the ability to view postings by other members and make posting themselves. Postings can contain text messages, still images, or web addresses that direct other members to specific content.

## General Allegations

At times material to this Indictment:

8. The defendants, with others known and unknown to the grand jury, were involved in the operation of a secured web-based bulletin board that advertised and offered for distribution visual depictions of minors engaged in sexually explicit conduct.

9. The defendants served as the administrators and members of this bulletin board and played an active role in decisions that affected its administration.

10. A member could join this website only upon invitation and after approval by one or more of the defendants, the administrators of the bulletin board.

11. This members-only child pornography website is hereafter referred to as "The Cache," which was a board dedicated to the advertisement and distribution of child pornography, as defined in 18 U.S.C. § 2256(8).

12. Defendant DELWYN SAVIGAR, a.k.a. "Das," was a resident of the United Kingdom, and was a "Root Administrator" of "The Cache" bulletin board.

13. Defendant ANDRE HENNINGS, a.k.a. "Devil," was a resident of Peru, and was a "Root Administrator" of "The Cache" bulletin board.

14. Defendant JOHN DOE NUMBER 1, a.k.a. "Aurthur Grey," was a resident of Brooklyn, New York, and was a "Co-Administrator" of "The Cache" bulletin board.

15. Defendant MICHAEL BARATTA, a.k.a. "Dublhelix," was a resident of Sacramento, California, and was "Co-Administrator" of "The Cache" bulletin board.

16. Defendant ROGER LOUGHRY, a.k.a. "Mayorroger," was a resident of Baltimore, Maryland, and was "Co-Administrator" of "The Cache" bulletin board.

17.     Defendant SCOTT VAN DORP, a.k.a. "Loman16," was a resident of Nashville, Indiana, in the Southern District of Indiana, and was a "Trusted Member" of "The Cache" bulletin board.

18.     Defendant WILLIAM WEYRICK, a.k.a. "Sammybear," was a resident of Aurora, Indiana, in the Southern District of Indiana, and was a "Trusted Member" of "The Cache" bulletin board.

19.     Defendant JOHN DOE NUMBER 2, a.k.a. "Corky," was a "Trusted Member" of "The Cache" bulletin board.

20.     Defendant JOHN DOE NUMBER 3, a.k.a. "Pacheco," was a "Trusted Member" of "The Cache" bulletin board.

## Count One

(Conspiracy to Advertise Child Pornography)

21.     From in or about November 2005, though in or about February 2008, in the Southern District of Indiana, and elsewhere, the defendants,

DELWYN SAVIGAR, a.k.a. "Das,"
ANDRE HENNINGS, a.k.a. "Devil,"
JOHN DOE NUMBER 1, a.k.a. "Authurgrey,"
MICHAEL BARATTA, a.k.a. "Dublhelix,"
ROGER LOUGHRY, a.k.a. "Mayorroger,"
SCOTT VAN DORP, a.k.a. "Loman16,"
WILLIAM WEYRICK, a.k.a. "Sammybear"
JOHN DOE NUMBER 2 a.k.a.. "CORKY"
JOHN DOE NUMBER 3 a.k.a. "PACHECO"

did knowingly and willfully conspire and agree with each other, and with others known and unknown to the grand jury, to make, print, and publish, and cause to be made, printed and published, any notice and advertisement seeking and offering to exchange, produce, display, and distribute any visual depiction, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section

2256(2), and such visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported in interstate and foreign commerce by any means including by computer, and such notice and advertisement was transported in interstate and foreign commerce by any means including by computer, contrary to Title 18, United States Code, Section 2251(d)(1)(A).

## The Manner and Means of the Conspiracy

22. As part of the conspiracy, defendants DELWYN SAVIGAR, ANDRE HENNINGS, JOHN DOE NUMBER 1, MICHAEL BARATTA, ROGER LOUGHRY, SCOTT VAN DORP, WILLIAM WEYRICK, JOHN DOE NUMBER 2, JOHN DOE NUMBER 3, and others known and unknown to the grand jury, maintained and were members of an "The Cache," located at www.thecachebbs.com, which contained notices and advertisements identifying files containing child pornography.

23. As part of the conspiracy, defendants DELWYN SAVIGAR, ANDRE HENNINGS, JOHN DOE NUMBER 1, MICHAEL BARATTA, ROGER LOUGHRY, and others, facilitated the operation of "The Cache" by (a) controlling the design, creation, and management of "thecachebbs"; and (b) overseeing the day to day management of thecachebbs members, numbering between 500 and 1000, including approving additional members and deleting current members.

24. As part of the conspiracy, defendants DELWYN SAVIGAR and ANDRE HENNINGS, and others, facilitated the operation of "The Cache" by obtaining and paying for a web host company to host the bulletin board online.

25. As part of the conspiracy, "The Cache" was hosted on computer servers owned or maintained by Internet Services Providers (ISPs) located in the United States.

26.     As part of the conspiracy, "The Cache" was periodically moved from one ISP to another ISP throughout the country.

27.     As part of the conspiracy, the defendants administered "The Cache" by deciding upon and assigning a hierarchy of administrators and membership levels.

28.     As part of the conspiracy, the "Root Administrator" held the most control over "The Cache," followed by "Co-Administrator."

29.     As part of the conspiracy, "The Cache" also had other levels of administration levels and membership, such as "Grand Master," "Master,""Moderator," "Gallery-Move-Pass Poster," and "Trusted Member."

30.     As part of the conspiracy, to obtain access to "The Cache," a member had to be approved by the administrators of "The Cache" and have a log-in name and password.

31.     As part of the conspiracy, "The Cache" contained notices and advertisements concerning files that contained visual depictions of minors engaging in sexually explicit conduct.

32.     As part of the conspiracy, the administrators and members discussed child models and how to collect different series of images of minors engaging in sexually explicit conduct.

All of which is a violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (e).

## Count Two

(Conspiracy to Distribute Child Pornography)

The grand jury further charges that:

33.     Paragraphs 1 through 20, and paragraphs 22 though 32 of Count One of this Indictment, are re-alleged and incorporated by reference as though set forth in full herein.

### The Conspiracy to Distribute Child Pornography

34.     As part of the conspiracy, on or about February 8, 2008, JOHN DOE NUMBER 2 directed the other members of the conspiracy to the location of a computer file containing a visual depiction of a minor engaging in sexually explicit conduct in order to distribute this visual depiction, that being, the video file contained within the computer file identified as "1_08_d_.rar".

35.     As part of the conspiracy, on or about February 11, 2008, JOHN DOE NUMBER 3 directed the other members of the conspiracy to the location of a computer file containing visual depictions of a minor engaging in sexually explicit conduct in order to distribute these visual depictions, that being, numerous image files contained within the computer file identified as "sesiblon.rar".

36. From in or about November 2005, though in or about February 2008, in the

Southern District of Indiana, and elsewhere, the defendants,

> DELWYN SAVIGAR, a.k.a. "Das,"
> ANDRE HENNINGS, a.k.a. "Devil,"
> JOHN DOE NUMBER 1, a.k.a. "Authurgrey,"
> MICHAEL BARATTA, a.k.a. "Dublhelix,"
> ROGER LOUGHRY, a.k.a. "Mayorroger,"
> SCOTT VAN DORP, a.k.a. "Loman16,"
> WILLIAM WEYRICK, a.k.a. "Sammybear"
> JOHN DOE NUMBER 2 a.k.a.. "CORKY"
> JOHN DOE NUMBER 3 a.k.a. "PACHECO"

did knowingly and willfully conspire and agree with each other, and with others known and

unknown to the Grand Jury, to distribute visual depictions that have been shipped and

transported in interstate and foreign commerce, by any means, including by computer, and the

production of such visual depiction involves the use of a minor engaging in sexually explicit

conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions

are of such conduct, contrary to Title 18, United States Code, Section 2252(a)(2).

All of which is a violation of Title 18, United States Code, Sections 2252(a)(2)

and (b)(2).

## Counts Three and Four

(Advertising Child Pornography)

The grand jury further charges:

37. Between on or about February 8, 2008, and on or about February 11, 2008, in the

Southern District of Indiana, and elsewhere, the defendants,

DELWYN SAVIGAR, a.k.a. "Das,"
ANDRE HENNINGS, a.k.a. "Devil,"
JOHN DOE NUMBER 1, a.k.a. "Authurgrey,"
MICHAEL BARATTA, a.k.a. "Dublhelix,"
ROGER LOUGHRY, a.k.a. "Mayorroger,"
SCOTT VAN DORP, a.k.a. "Loman16,"
WILLIAM WEYRICK, a.k.a. "Sammybear"
JOHN DOE NUMBER 2 a.k.a.. "CORKY"
JOHN DOE NUMBER 3 a.k.a. "PACHECO"

knowingly made, printed, and published, and caused to be made, printed and published, and

aided and abetted the making, printing, and publishing of, notices and advertisements seeking

and offering to exchange, produce, display, and distribute visual depictions, the production of

which involved the use of a minor engaging in sexually explicit conduct and such visual

depictions are of such conduct, knowing and having reason to know that such notice and

advertisement would be transported in interstate and foreign commerce by any means including

by computer, and such notice and advertisement was transported in interstate and foreign

commerce by any means including by computer, to wit: the files generally described below:

| **Count** | **Title of Notice/Advertisement** |
|-----------|-----------------------------------|
| Three | "Miroslava29.08, Photo-lolita" |
| Four | "Beautiful sexy blond...!!, I've never seen B4..." |

Each Count of which is a separate violation of Title 18, United States Code,

Sections 2251(d)(1)(A) and 2.

## Counts Five and Six

(Distribution of Child Pornography)

The grand jury further charges:

38.    On or about February 14, 2008, in the Southern District of Indiana, and

elsewhere, the defendants,

DELWYN SAVIGAR, a.k.a. "Das,"

ANDRE HENNINGS, a.k.a. "Devil,"
JOHN DOE NUMBER 1, a.k.a. "Authurgrey,"
MICHAEL BARATTA, a.k.a. "Dublhelix,"
ROGER LOUGHRY, a.k.a. "Mayorroger,"
SCOTT VAN DORP, a.k.a. "Loman16,"
WILLIAM WEYRICK, a.k.a. "Sammybear"
JOHN DOE NUMBER 2, a.k.a. "Corky"
JOHN DOE NUMBER 3, a.k.a. "Pacheco"

knowingly distributed, and aided and abetted the distribution of, visual depictions that have been

shipped and transported in interstate and foreign commerce, by any means, including by

computer, and the production of such visual depiction involves the use of a minor engaging in

sexually explicit conduct, to wit:

| **Count** | **File Name** |
|-----------|---------------|
| Five | 1_08_d_.rar |
| Six | sesiblon.rar |

Each Count of which is a separate violation of Title 18, United States Code, Sections

2252(a)(2) and 2.

## NOTICE OF FORFEITURE

1.     Upon conviction of one or more of the offenses alleged in Counts 1 through 6 of

this Indictment, and in accordance with Title 18, United States Code, Section 2253(a),

defendants, shall forfeit to the United States:

(a) any visual depiction described in title 18, United States Code, Sections 2251 or 2252,

or any book, magazine, periodical, film, videotape, or other matter which contains any such

visual depiction, which was produced, transported, mailed, shipped or received in violation of

Chapter 110 of the United States Code;

(b) any property, real or personal, used or intended to be used to commit or to promote

the commission of such offense.

(c) any property, real or personal, constituting or traceable to gross profits or other proceeds derived from said offenses.

2.    If any of the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1), (a)(2), and (a)(3), as a result of any act or omission of the defendants,

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

A TRUE BILL

/ FOREPERSON OF THE GRAND JURY

TIMOTHY M. MORRISON
United States Attorney

By:

Steven DeBrota
Assistant United States Attorney

Elizabeth M. Yusi
Trial Attorney